**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*David Inkeles*
*Assistant United States Attorney*
*Acting Deputy Chief, Civil Division*

*970 Broad Street*
*Suite 700*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

*Main: (973) 645-2700*
*Direct: (973) 645-2813*

August 31, 2026

**<u>Via Electronic Filing</u>**
Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Aliev v. Bondi*, No. 26-11 (RK)**
**Supplemental Update: Petitioner's Bond Hearing**

Dear Judge Kirsch:

This Office represents Respondents in this habeas matter. We respectfully write to supplement our prior update regarding Petitioner's bond hearing (ECF No. 16), to attach a copy of the transcript from that hearing, as well as two amended orders from the immigration judge. *See* Ex A (Hearing Transcript); Ex. B. (Am. Bond Order I); Ex. C (Am. Bond Order II). As the transcript reflects, the immigration judge placed the burden on the Department of Homeland Security ("DHS") at the bond hearing to demonstrate by clear and convincing evidence that Petitioner was a danger to the community or a flight risk. *See* Hearing Transcript at 2, 9-10.[1]

We respectfully request that the Court close this case and thank the Court for its attention to this matter.

---

[1] The most recent amended order continues to cite 8 U.S.C. § 1226(a), whereas this Court ordered a hearing under 8 U.S.C. § 1226(c) and DHS requested that the immigration judge amend the order to cite the latter provision. Notwithstanding the incorrect citation in the bond order, the hearing transcript demonstrates that the immigration judge applied the correct standard and burden allocation at the hearing.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ David Inkeles*
DAVID INKELES
Acting Deputy Chief, Civil Division
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (ECF)

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** August 31, 2026